# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA M. REYES,<br><br>         Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No.  CV 07-5041 RNB<br><br>**J U D G M E N T** |

   In accordance with the Order Reversing Decision of Commissioner, and Remanding for Further Administrative Proceedings, filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED: June 17, 2008

                                        /s/ Robert N. Block
                                        ROBERT N. BLOCK
                                        UNITED STATES MAGISTRATE JUDGE